McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $28,360.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:20-CV-02043-WBS-AC<br><br>UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JANUARY 19, 2021 TO APRIL 12, 2021 |

    The United States submits the following Request to Extend the Deadline to file a Joint Status Report from January 19, 2021 to April 12, 2021.

**<u>Introduction</u>**

    On October 13, 2020, the United States filed a civil forfeiture complaint *in rem* against the above-captioned currency ("defendant currency"), based on its involvement in federal drug law violations. All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on October 23, 2020, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on November 21, 2020.

**Good Cause**

The United States has provided notice to all potential claimants pursuant to law. Specifically, the United States served a copy of the complaint documents to potential claimant Christopher Reyes via certified and first class mail. To date, Mr. Reyes has not filed a claim. At this point, the time to file a claim and enter the case has expired.

The U.S. Marshals Service ("USMS") is also in the process of providing complaint documents to Mr. Reyes via personal service. However, the USMS recently learned that Mr. Reyes is incarcerated at Alamance County Detention Center in Graham, North Carolina, and therefore the USMS anticipates completing personal service in short order and once proper protocols are satisfied.

Accordingly, the United States filed a Clerk's Default against Christopher Reyes on January 22, 2021. Once the Clerk enters a Certificate of Default against Christopher Reyes and the personal service issue is resolved, the United States anticipates filing a motion for default judgment and final judgment of forfeiture with the Court and such filings, if/when granted, would terminate the case. No party has entered this case claiming an interest in the defendant currency.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to April 12, 2021 (or to another date the Court deems appropriate).

Thus, there is good cause to extend the deadline to file a joint status report in this case from January 19, 2021 to April 12, 2021, or to a date the Court deems appropriate.

Dated:   1/22/2021                                  McGREGOR W. SCOTT
                                                    United States Attorney

                                                     /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney

**ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on January 19, 2021 is extended to **April 12, 2021**. The Scheduling Conference is reset for **April 26, 2021 at 1:30 p.m.**

2

United States' Request to Extend the Deadline
to Submit a Joint Status Report

**IT IS SO ORDERED.**

**Dated:  January 22, 2021**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE