PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $28,360.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:20-CV-02043-WBS-AC<br><br>UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM APRIL 12, 2021 TO JUNE 14, 2021 |

　　The United States submits the following Request to Extend the Deadline to file a Joint Status Report from April 12, 2021 to June 14, 2021.

### Introduction

　　On October 13, 2020, the United States filed a civil forfeiture complaint *in rem* against the above-captioned currency ("defendant currency"), based on its involvement in federal drug law violations. All known potential claimants to the defendant currency were served in a manner consistent with *Dusenbery v. United States,* 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on October 23, 2020, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on November 21, 2020.

## Good Cause

The United States has provided notice to all potential claimants pursuant to law. Specifically, the United States served a copy of the complaint documents to potential claimant Christopher Reyes via certified, first class mail and personal service. To date, no claim or answer has been filed by or on behalf of Christopher Reyes as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and his time to file a claim and answer has expired.

Accordingly, the United States filed a Clerk's Default against Christopher Reyes on January 22, 2021. The Clerk of the Court properly entered the default of Christopher Reyes on January 26, 2021. On March 3, 2021, the United States filed a motion for default judgment and final judgment of forfeiture with the Court and such filings, if/when granted, would terminate the case. No party has entered this case claiming an interest in the defendant currency.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to June 14, 2021 (or to another date the Court deems appropriate).

Thus, there is good cause to extend the deadline to file a joint status report in this case from April 12, 2021 to June 14, 2021, or to a date the Court deems appropriate.

Dated:  4/7/2021

PHILLIP A. TALBERT
Acting United States Attorney

 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

## ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on April 12, 2021 is extended to June 14, 2021.

**IT IS SO ORDERED.**

**Dated:  April 8, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE