UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-cv-02043 WBS AC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| APPROXIMATELY $28,360 IN U.S. CURRANCY, | |
| Defendant. | |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On April 6, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 17. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 6, 2021, are adopted in full;

2. The United States' motion for default judgment and final judgment of forfeiture against the interest of Christopher Antonio Reyes to Defendant $28,360.00 in U.S. currency (ECF No. 15) is granted.

3. That judgment by default is entered against any right, title, or interests of Reyes in the defendant funds.

4. That a final judgment is entered, forfeiting all right, title, and interest in the defendant funds to the United States, to be disposed of according to law.

Dated: May 10, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE